UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRISTIAN RODRIGUEZ,<br><br>    *Plaintiff*,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, *et. al.*<br><br>    *Defendants*. | Civil Action No. 21-CV-3129-MKB<br><br>March 27, 2023 |

## NOTICE OF APPEAL BY LAW AS OF RIGHT TO THE
## SECOND CIRCUIT COURT OF APPEALS

Notice is hereby given that Cristian Rodriguez, plaintiff in the above-named case, appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order granting Defendants' motion to dismiss, entered in this action on the 27th day of January 2023.

Respectfully submitted,

/s/ Muneer I. Ahmad

Muneer I. Ahmad, Esq., Supervising Attorney
Lily Novak, Law Student Intern
Charlotte Lawrence, Law Student Intern
Ben Rodgers, Law Student Intern

*Address:* Jerome N. Frank Legal Services Org.
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
Fax: (203) 432-1426